IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-04-00186-CV

 

Bombardier, Inc.,

                                                                      Appellant

 v.

 

Sun Island Mexicana,

                                                                      Appellee

 

 

 



From the 19th District Court

McLennan County, Texas

Trial Court No. 2001-3505-1

 



MEMORANDUM  Opinion










 

          Bombardier, Inc. and Sun Island
Mexicana have filed a joint motion to vacate the trial court’s judgment and
dismiss the case.  The parties state in the motion that they have settled all
disputes between them.

          The judgment of the trial court is
vacated without regard to the merits and the case is dismissed in accordance
with the agreement of the parties.  See Tex. R. App. P. 42.1(a)(2); 43.2(e).

                                                                   TOM
GRAY

                                                                   Chief
Justice

 

Before
Chief Justice Gray,

          Justice
Vance, and

          Justice
Reyna

Judgment
vacated and case dismissed

Opinion
delivered and filed September 13, 2006

[CV06]